# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MAGNETEK, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 10 C 2131 |
| v. ) | |
| ) | Hon. Sharon Johnson Coleman |
| KIRKLAND & ELLIS LLP, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## AGREED MOTION TO DISMISS WITH PREJUDICE

By agreement of the parties, defendant Kirkland & Ellis LLP ("Kirkland") respectfully requests that this Court enter the attached Agreed Order (Ex. 1 hereto), dismissing the above-entitled action with prejudice, each party to bear it own fees and costs. The attached Agreed Order has been signed by counsel for each of the parties.

                                                        Respectfully submitted,

                                                        KIRKLAND & ELLIS LLP

Dated: January 20, 2012                     By:  /s/ Diane F. Klotnia
                                                                   One of its attorneys

Michael L. Shakman
Diane F. Klotnia
Zachary J. Freeman
Miller Shakman & Beem LLP
180 N. LaSalle Street, Suite 3600
Chicago, IL 60601
(312)-263-3700

CERTIFICATE OF SERVICE

The undersigned attorney, hereby certifies that she caused a true and correct copy of the foregoing **Agreed Motion to Dismiss With Prejudice** to be served via the Case Management/ECF system and by U.S. mail to the following:

>Martin C. Washton
>Towle Denison Smith & Maniscalco, LLP
>10866 Wilshire Blvd., Suite 600
>Los Angeles, CA 90024
>310-446-5447

Dated: January 20, 2012 /s/ Diane F. Klotnia