IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MAGNETEK, INC., | ) | |
| | ) | |
| Plaintiff, | ) | No. 10 C 2131 |
| v. | ) | |
| | ) | Hon. Sharon Johnson Coleman |
| KIRKLAND & ELLIS LLP, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

NOTICE OF MOTION

TO:    All counsel of record

PLEASE TAKE NOTICE that on **Wednesday, January 25, 2012** at **8:45 a.m.**, we shall

appear before the Honorable Sharon Johnson Coleman, or any judge sitting in her stead, in

Courtroom 1428, at 219 S. Dearborn, Chicago, Illinois, and then and there present **Agreed Motion**

**to Dismiss With Prejudice**.

Dated: January 20, 2012                        KIRKLAND & ELLIS LLP


                                               By:  ____/s/ Diane F. Klotnia_____
                                                      One of its attorneys


Michael L. Shakman
Diane F. Klotnia
Zachary J. Freeman
Miller Shakman & Beem LLP
180 N. LaSalle Street, Suite 3600
Chicago, Illinois 60601
(312) 263-3700

CERTIFICATE OF SERVICE

The undersigned attorney, hereby certifies that she caused a true and correct copy of the

foregoing **Notice of Motion** to be served via the Case Management/ECF system and by U.S. mail

to the following:

        Martin C. Washton
        Towle Denison Smith & Maniscalco, LLP
        10866 Wilshire Blvd., Suite 600
        Los Angeles, CA 90024
        310-446-5447

Dated: January 20, 2012

                                /s/ Diane F. Klotnia