**UNITED STATES DISTRICT COURT**
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 4.2**
**Eastern Division**

Magnetek, Inc.
                        Plaintiff,

v.                                        Case No.: 1:10–cv–02131
                                        Honorable Sharon Johnson Coleman

Kirkland & Ellis, LLP
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, January 23, 2012:

      MINUTE entry before Honorable Sharon Johnson Coleman:Pursuant to the parties' agreement, defendant's motion to dismiss [60] is granted. This action is dismissed with prejudice, and each party shall bear its own costs. No court appearance is necessary on 1/25/2012. Terminate civil case. Mailed notice(keg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.